**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jonathan Beryl Harris; The Law Offices of J.B. Harris, P.A. and J.B. Harris, P.A. v. Phillip T. Howard, and Howard & Associates, Attorneys at Law, P.A.

Appellate case number:    01-19-00968-CV

Trial court case number:  2019-22971

Trial court:              127th District Court of Harris County

      Appellees have filed a motion to dismiss this appeal because appellants' brief was untimely. The Court requests that appellants file a response to the motion by no later than **May 12, 2020**.

      It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                             Acting individually

Date: _____May 5, 2020_____